Nick Pacheco, Esq. (SBN 173391)
**NICK PACHECO LAW GROUP, APC**
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone: (888)-888-8641
Facsimile: (800)-210-0028
File No.: 12948

Attorneys for Plaintiff
Maria O. Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| MARIA O. LOPEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.; EXECUTIVE TRUSTEE SERVICES, LLC, d/b/a ETS SERVICES, LLC; LSI TITLE COMPANY; and DOES 1 through 20, Inclusive.<br><br>    Defendants. | Case No.: 3:11-CV-04571-NC<br><br>[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)<br><br>Judge: Hon. Nathanael M. Cousins<br>         Magistrate Judge<br><br>Date Removed: September 14, 2011<br><br>Trial Date: None Set |

THIS MATTER came before the Court to be considered. The Court accepts the request and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the case be dismissed without prejudice.

All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: 9/21/2011

_____
Honorable

1
[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)